```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE,                        :   CIVIL ACTION
                                 :   NO. 19-05925
         Plaintiff               :
                                 :
     v.                          :
                                 :
MCDONALD'S USA, LLC, et al.      :
                                 :
         Defendants.             :
```

## O R D E R

**AND NOW,** this **3rd** day of **December, 2020**, after considering McDonald's USA's Motion to Dismiss the Second Amended Complaint (ECF No. 36) and Tanway's Partial Motion to Dismiss the Second Amended Complaint (ECF No. 37); Plaintiff's Responses thereto (ECF Nos. 40, 41); and Defendants' Replies (ECF Nos. 44, 45), it is hereby **ORDERED** that:

1.  McDonald's USA's Motion to Dismiss (ECF No. 36) is **GRANTED** for the reasons set forth in the accompanying memorandum. Accordingly, McDonald's USA is **TERMINATED** as a party to this action. No leave to amend is granted.

2.  Tanway's Partial Motion to Dismiss (ECF No. 37) is **GRANTED** for the reasons set forth in the accompanying memorandum. Accordingly, Count VII of the Second

        Amended Complaint (ECF No. 34) is **DISMISSED**. No leave to amend is granted.

3. Tanway's and McDonald's USA's Motions for Leave to File Reply Briefs (ECF Nos. 44 and 45) are **GRANTED**.
4. Tanway shall file an Answer by **December 14, 2020**.

      **AND IT IS SO ORDERED.**

                                           */s/ Eduardo C. Robreno*
                                           **EDUARDO C. ROBRENO, J.**