```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE,                         :    CIVIL ACTION
                                  :    NO. 19-05925
        Plaintiff,                :
                                  :
   v.                             :
                                  :
TANWAY ENTERPRISES, L.P.          :
                                  :
        Defendant.                :
```

**ORDER**

**AND NOW,** this **2nd** day of **June, 2022,** after considering Defendant's motion for summary judgment, and the response and reply thereto, it is hereby **ORDERED** as follows:

1. Defendant's motion for leave to file a reply brief (ECF No. 70) is **GRANTED**;

2. Defendant's motion for summary judgment (ECF NO. 68) is **GRANTED in part** and **DENIED in part** for the reasons stated in the accompanying memorandum;

3. Plaintiff's claim for negligence is voluntarily **DISMISSED.**

   **AND IT IS SO ORDERED.**

                              */s/ Eduardo C. Robreno*
                              **EDUARDO C. ROBRENO, J.**