IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIAH MARCELLUS | : | |
| | : | CIVIL ACTION |
| VS. | : | |
| | : | NO: 19-5925 |
| TANWAY ENTERPRISES, L.P. | : | |

### CIVIL JUDGMENT

Before the Honorable Eduardo C. Robreno

**AND NOW,** on this **1st** day of **May, 2023,** and in accordance the verdict of the Jury of April 28, 2023,

It is hereby **ORDERED** that that **JUDGMENT** be and the same is hereby entered in favor of Plaintiff Tamiah Marcellus and against Defendant Tanway Enterprises, L.P. in the amount of $18,060.00.

BY THE COURT

ATTEST: *Ronald Vance*
Deputy Clerk