IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIAH MARCELLUS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | |
| | : | No. 2:19-cv-05925-MRP |
| TANWAY ENTERPRISES, L.P., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## SATISFACTION OF JUDGMENT

Plaintiff Tamiah Marcellus ("Plaintiff"), by and through her below signed counsel, hereby confirms having received payment in full on the judgment entered by the Court at ECF Dkt. 117. Further, Plaintiff confirms receipt of payment in full for the attorneys' fees and costs contained in the Stipulation and Order for Final Disposition at ECF Dkt. 148. Accordingly, judgment in this matter shall be marked SATISFIED and the case closed.

    /s/ Caroline H. Miller
Caroline H. Miller, Esq.
**DEREK SMITH LAW GROUP, PLLC**
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Phone: (215) 391-4790
Email: caroline@dereksmithlaw.com
*Counsel for Plaintiff*
Dated: November 1, 2023

SO ORDERED BY THE COURT:

_____

1238905241

## CERTIFICATE OF SERVICE

I, Caroline H. Miller, Esquire, certify that on the 8 day of November, 2023 I caused the foregoing Stipulation to be filed with this Court, and made available to counsel for Plaintiff via this Court's e-filing system.

                        Respectfully Submitted,

Dated: November 8, 2023

*/s/ Caroline H. Miller*
Caroline H. Miller, Esq.
**DEREK SMITH LAW GROUP, PLLC**
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Phone: (215) 391-4790
Email: caroline@dereksmithlaw.com
*Counsel for Plaintiff*